

# THE STATE OF TEXAS
## MANDATE

TO THE 5TH DISTRICT COURT OF BOWIE COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 9th day of March, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Steven Morgan, Appellant                              No. 06-14-00199-CR

                    v.                                Trial Court No. 10F00084-5

The State of Texas, Appellee

As stated in the Court's opinion of this date, we find no error in the order of the court below.  We affirm the order of the trial court.

We note that the appellant, Steven Morgan, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 6th day of May, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*